**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DECARLOS JENKINS**                                                                                    **PETITIONER**

**v.**                                         **No. 2:09CV167-P-S**

**STATE OF MISSISSIPPI, ET AL.**                                               **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED.**

**SO ORDERED,** this the 14th day of December, 2010.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE